UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

THOMAS JOSEPH DELEON SR.,

       Plaintiff,

v.

COUNTY OF KENT, MICHIGAN et al.,

       Defendants.
_____/

Case No. 1:22-cv-715

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them.

Dated:  November 15, 2022          /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge